IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CASE NUMBER 4:22CR15 |
| | § |
| WILLIS JAMES YARBERRY WALKER | § |

## ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT ON DEFENDANT'S COMPETENCY TO STAND TRIAL

The Court referred this matter to United States Magistrate Judge Christine A. Nowak pursuant to 28 U.S.C. §636(b) and Local Rules for the United States District Court for the Eastern District of Texas, for consideration. Judge Nowak conducted a hearing in the form and manner prescribed by 18 U.S.C. § 4247(d) to determine Defendant's competency to stand trial. After considering the examiner's findings, Judge Nowak issued her Report and Recommendation. The Magistrate Judge recommended that the Court find Defendant competent to stand trial because he understands the nature and consequences of the proceedings against him and is able to assist in his defense. See 18 U.S.C. § 4241.

The parties have not objected to the Magistrate Judge's findings. The Court **ORDERS** that the Report and Recommendation of United States Magistrate Judge Christine A. Nowak is **ADOPTED**.

It is further **ORDERED** that in accordance with the the Magistrate Judge's Report and Recommendation and the examiner's findings, the Court finds the Defendant is competent. The speedy trial time is excluded from September 19, 2022, until the date of this Order.

**So ORDERED and SIGNED this 28th day of March, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE