IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

WILLIS JAMES YARBERRY         §
WALKER, #82436-509            §
                             §
VS.                          §        CIVIL CASE NO. 4:24-CV-805-SDJ-BD
                             §
UNITED STATES OF AMERICA      §

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #13), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 12, 2026, the Magistrate Judge entered the Report, containing proposed findings of fact and recommendations that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 be dismissed without prejudice.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED** without prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

1

**So ORDERED and SIGNED this 26th day of February, 2026.**

_____

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE